[No. 16759-6-I. Division One. February 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DENEZ ORNA HALEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-03586-7, Terrence A. Carroll, J., entered March 19, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 15646-2-I. Division One. February 9, 1987.]

ALONZO BROWN, *Plaintiff,* LONNIE JOHNSON, *Appellant,* v. CUPPLES PRODUCTS DIVISION CONSTRUCTION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-03629-3, Richard M. Ishikawa, J., entered October 12, 1984. *Vacated* and *remanded* by unpublished opinion per Coleman, J., concurred in by Williams and Webster, JJ.

[No. 17142-9-I. Division One. February 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN JAMES LAST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00483-0, Arthur E. Piehler, J., entered September 4, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Webster, JJ.